

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

In re Gordon Independent School District, Bryson Oliver, Allan Ladd, Holly Campbell, Mike Reed, Shelle Crenshaw, and Katie Elrod,

No. 11-22-00324-CV

\* Original Mandamus Proceeding

\* March 2, 2023

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted. A writ of mandamus will issue only if the trial court fails to act by March 31, 2023.